## JOSEPH *v*. BURK.

From the Hamilton Circuit Court.

*J. W. Evans* and *R. R. Stephenson*, for appellant.

DOWNEY, C. J.—This case is affirmed on the authority of another case between the same parties, involving the same questions.  *Joseph* v. *Burk, ante*, p. 59.

Costs against the appellant.

Opinion filed November term, 1873; petition for a rehearing overruled May term, 1874.